# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHPOINT RESOURCES CORP., *et al.*,[1] | ) | Case No. 21-10565 (CSS) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**FIRST SUPPLEMENT TO DECLARATION OF
JANE SULLIVAN OF EPIQ CORPORATE RESTRUCTURING, LLC
REGARDING THE SOLICITATION OF VOTES AND TABULATION
OF BALLOTS CAST ON THE DEBTORS' JOINT PREPACKAGED PLAN OF
REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

I, Jane Sullivan, declare, under the penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am Executive Vice President of Epiq Corporate Restructuring, LLC ("Epiq"), located at 777 Third Avenue, 11th and 12th floors, New York, NY 10017.  I am over the age of eighteen years and not a party to the above-captioned action.  Unless otherwise noted, I have personal knowledge of the facts set forth herein.

2.      This supplemental declaration (the "Supplemental Declaration") is to supplement the *Declaration of Jane Sullivan of Epiq Corporate Restructuring, LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Debtors' Joint Prepackaged Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 7] (the "Voting Declaration").

3.      The Voting Declaration inadvertently did not include a footnote at the end of Paragraph 17, relating to the inclusion in the tabulation of certain ballots received after the Voting

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  HighPoint Resources Corporation (0361); HighPoint Operating Corporation (0545); and Fifth Pocket Production, LLC (8360).  The location of the Debtors' principal place of business is 555 17th Street, Suite 3700 Denver, Colorado 80202.

2

Deadline[2].  The footnote should have indicated the following:  "Epiq received five supplemental votes to a timely received  Class 4 Master Ballot within ten minutes of the Voting Deadline, and received two Class 8 registered shareholder votes prior to the conclusion of the March 12 Special Meeting from holders who did not attend the meeting.  The Debtors' waived the requirement as to timeliness with respect to these otherwise valid ballots, and these votes were included in Epiq's tabulation. The inclusion of these votes did not affect the outcome of the Class 4 or Class 8 vote."

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: March 15, 2021

/s/ Jane Sullivan

Jane Sullivan
Executive Vice President
Epiq Corporate Restructuring, LLC

---

[2]    All capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Voting Declaration.

2